AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chapman, Shelley C. | U.S. Bankruptcy Court, Southern District of New York | 06/26/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court, Southern District of NY
One Bowling Green
Room 632
New York, NY 10004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #1 (Pt. VII, Line 1) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | UNITED STATES JUDGES | $160,080.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ▓▓▓▓▓▓▓▓▓▓▓▓ WAGES |
| 2. | 2013 | SELF-EMPLOYED MEDICAL LECTURER AND CONSULTANT |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 06/26/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (H) | | | | | | | | | |
| 2. -Schwab U.S. Treasury Money Fund | | None | J | T | Buy | 01/02/13 | K | | |
| 3. - SPDR S&P DIVIDEND ETF | A | Dividend | | | Sold | 08/05/13 | J | A | |
| 4. - SCHWAB GOVERNMENT MONEY FUND | | None | | | Sold | 01/02/13 | K | | |
| 5. -SCHWAB S&P 500 INDEX FUND | A | Dividend | J | T | Sold (part) | 08/14/13 | J | B | |
| 6. -BBH CORE SELECT FUND | | None | | | Sold | 08/14/13 | J | B | |
| 7. - IVY MUNICIPAL HIGH INCOME FUND | A | Dividend | | | Sold | 08/14/13 | J | | |
| 8. -WELLS FARGO FDS TR ADINT TXAMTF 1 | A | Dividend | | | Sold (part) | 08/05/13 | J | | |
| 9. | | | | | Sold | 08/14/13 | J | | |
| 10. -JEFFRIES ASSET MGMT CMDTY STRAT ALLC 1 | | None | | | Sold | 08/14/13 | J | | |
| 11. -PIMCO ALL ASSET ALL AUTHORITY 1 | A | Dividend | | | Sold | 08/14/13 | J | | |
| 12. -VANGUARD STAR FD INTL STK INDXFD | A | Dividend | J | T | Buy | 08/05/13 | J | | |
| 13. -GOLDMAN SACHS TR STRG INCM INST | A | Dividend | J | T | Buy | 08/05/13 | J | | |
| 14. -HAMLIN HIGH DIVIDEND EQUITY INSTL | A | Dividend | J | T | Buy | 08/05/13 | J | | |
| 15. -ISHARES TR LEHMAN AGG BND | | None | | | Buy | 08/05/13 | J | | |
| 16. | | | | | Sold | 08/14/13 | J | | |
| 17. Brokerage Account #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - ABBOTT LABS | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 19. | | | | | Sold (part) | 06/13/13 | J | C | |
| 20. | | | | | Sold | 07/26/13 | J | B | |
| 21.   - ACCENTURE LTD | A | Dividend | | | Donated | | | | |
| 22. | | | | | Buy | 06/13/13 | J | | |
| 23. | | | | | Sold | 07/26/13 | J | | |
| 24.   - APPLE INC | A | Dividend | | | Sold (part) | 01/25/13 | J | D | |
| 25. | | | | | Sold (part) | 06/13/13 | J | D | |
| 26. | | | | | Sold | 07/26/13 | J | | |
| 27.   - GOOGLE INC CLASS A | | None | | | Sold (part) | 06/13/13 | K | D | |
| 28. | | | | | Sold | 07/26/13 | K | D | |
| 29.   - VARIAN MEDICAL SYSTEMS | | None | | | Sold (part) | 06/13/13 | J | C | |
| 30. | | | | | Sold (part) | 06/26/13 | J | A | |
| 31. | | | | | Sold | 07/26/13 | J | B | |
| 32.   - ALLERGAN INC | A | Dividend | | | Buy | 01/25/13 | J | | |
| 33. | | | | | Sold (part) | 06/13/13 | K | D | |
| 34. | | | | | Sold | 07/26/13 | K | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - C H ROBINSON WORLDWIDE COM | A | Dividend | | | Sold (part) | 06/13/13 | J | A | |
| 36. | | | | | Sold | 07/26/13 | J | | |
| 37.   - ORACLE | A | Dividend | | | Donated | | | | |
| 38. | | | | | Buy | 06/13/13 | J | | |
| 39. | | | | | Sold | 07/26/13 | J | | |
| 40.   - QUALCOMM INC | A | Dividend | | | Sold (part) | 06/13/13 | K | C | |
| 41. | | | | | Sold | 07/26/13 | K | D | |
| 42.   - STARBUCKS CORP | A | Dividend | | | Sold (part) | 06/13/13 | K | D | |
| 43. | | | | | Sold (part) | 06/25/13 | J | B | |
| 44. | | | | | Sold | 07/26/13 | K | D | |
| 45.   - T ROWE PRICE GROUP INC | A | Dividend | | | Sold (part) | 06/13/13 | K | C | |
| 46. | | | | | Sold | 07/26/13 | K | C | |
| 47.   - MICROSOFT CORP | | None | | | Sold (part) | 01/14/13 | J | A | |
| 48. | | | | | Sold | 01/15/13 | K | A | |
| 49.   - COGNIZANT TECH SOL CL | | None | | | Sold (part) | 04/23/13 | J | | |
| 50. | | | | | Sold (part) | 04/24/13 | J | | |
| 51. | | | | | Sold | 05/13/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - FACTSET RESH SYSTEMS INC | A | Dividend | | | Sold (part) | 04/03/13 | J | | |
| 53. | | | | | Sold (part) | 06/13/13 | J | A | |
| 54. | | | | | Sold | 07/26/13 | J | B | |
| 55.   - INTUIT INC | A | Dividend | | | Sold (part) | 06/13/13 | J | A | |
| 56. | | | | | Sold | 07/26/13 | J | A | |
| 57.   - NIKE INC-CL B | A | Dividend | | | Buy | 01/25/13 | J | | |
| 58. | | | | | Sold (part) | 06/13/13 | K | C | |
| 59. | | | | | Sold | 07/26/13 | K | C | |
| 60.   - WW GRAINGER INCORP | A | Dividend | | | Buy | 05/06/13 | J | | |
| 61. | | | | | Sold (part) | 06/13/13 | J | B | |
| 62. | | | | | Sold | 07/26/13 | J | A | |
| 63.   - NASSAU CNTY NY INTERIM FIN AUTH 5.25% DUE 11/15/15 | A | Interest | | | Sold | 02/04/13 | K | B | |
| 64.   - SMITHTOWN NY CENT SCH DIST 5% DUE 7/15/16 | A | Interest | | | Sold | 02/06/13 | K | B | |
| 65.   -ABBVIE INC | | None | | | Spinoff (from line 18) | 01/01/13 | J | | |
| 66. | | | | | Sold | 01/08/13 | J | B | |
| 67.   -EBAY INC COM | | None | | | Buy | 05/01/13 | J | | |
| 68. | | | | | Sold (part) | 06/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 70. | | | | | Buy (add'l) | 07/18/13 | J | | |
| 71. | | | | | Sold | 07/26/13 | J | | |
| 72.   -FASTENAL CO | A | Dividend | | | Buy | 02/07/13 | J | | |
| 73. | | | | | Sold (part) | 06/13/13 | J | | |
| 74. | | | | | Sold | 07/26/13 | J | | |
| 75.   -GARTNER INC | | None | | | Buy | 01/15/13 | J | | |
| 76. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 77. | | | | | Sold (part) | 06/13/13 | J | A | |
| 78. | | | | | Sold | 07/26/13 | J | A | |
| 79.   -INTUITIVE SURGICAL | | None | | | Sold (part) | 03/07/13 | J | B | |
| 80. | | | | | Sold (part) | 06/13/13 | J | C | |
| 81. | | | | | Sold | 07/09/13 | J | B | |
| 82.   -VISA INC CL A COMMON STOCK | A | Dividend | | | Buy | 02/07/13 | K | | |
| 83. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 84. | | | | | Sold (part) | 06/13/13 | J | B | |
| 85. | | | | | Buy (add'l) | 06/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chapman, Shelley C. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 07/26/13 | K | B | |
| 87. -BBH CORE SELECT FUND N | B | Dividend | L | T | Buy | 08/05/13 | L | | |
| 88. -DRIEHAUS MUT FDS ACTIVE INCOME | A | Dividend | K | T | Buy | 06/24/13 | K | | |
| 89. -HAMLIN HIGH DIVIDEND EQUITY INSTL | A | Dividend | K | T | Buy | 08/05/13 | K | | |
| 90. -SCHWAB CAP TR S&P 500 INVS SELECT SHARES | A | Dividend | K | T | Buy | 06/24/13 | K | | |
| 91. -VANGUARD TOTAL INTL STOCK INDEX INV | A | Dividend | K | T | Buy | 06/24/13 | K | | |
| 92. -YACHTMAN FOCUSED INSTL | C | Dividend | M | T | Buy | 08/05/13 | M | | |
| 93. -SCHWAB U.S. TREASURY MONEY FUND | | None | M | T | | | | | |
| 94. IRA #1 (H) | | | | | | | | | |
| 95. - ISHARES TR LEHMAN AGG BND | A | Dividend | K | T | | | | | |
| 96. - SCHWAB CAP TR S&P 500 INVS SELECT SHARES | A | Dividend | K | T | | | | | |
| 97. - SCHWAB ADV CASH RESERVE PREM | | None | | | Sold | 01/02/13 | J | | |
| 98. -JEFFERIES ASSET MGMT CMDTY STRAT ALLC | | None | | | Buy | 08/05/13 | J | | |
| 99. | | | | | Sold | 11/13/13 | J | A | |
| 100. -SCHWAB U.S. TREASURY MONEY FUND | | None | J | T | Buy | 01/02/13 | J | | |
| 101. IRA #2 (H) | | | | | | | | | |
| 102. -PIMCO ALL ASSET ALL AUTHORITY I | A | Dividend | J | T | Buy | 08/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -PIMCO FDS UNCSTR BD INST | B | Dividend | M | T | Buy | 01/02/13 | M | | |
| 104. - SCHWAB US TREAS MONEY FD | | None | J | T | | | | | |
| 105. -VANGUARD TOTAL INTL STOCK INDEX INV | D | Dividend | M | T | | | | | |
| 106. IRA #3 (H) | | | | | | | | | |
| 107. - DRIEHAUS ACTIVE INCOME FUND | B | Dividend | L | T | | | | | |
| 108. - EATON VANCE GLOBAL MACRO ABSOLUTE RETURN | B | Dividend | L | T | | | | | |
| 109. - BBH CORE SELECT FUND N | B | Dividend | K | T | | | | | |
| 110. - FIDELITY CONCORD STR SP US EQT ADV | B | Dividend | M | T | | | | | |
| 111. - SCHWAB CAP TR S&P 500 INVS SELECT SHARES | A | Dividend | K | T | | | | | |
| 112. -WELLS FARGO FDS TR ADINT TXAMTF 1 | C | Dividend | M | T | | | | | |
| 113. - FIDELITY CASH RESERVES | A | Dividend | J | T | | | | | |
| 114. -PIMCO ALL ASSET ALL AUTHORITY I | A | Dividend | K | T | Buy | 06/24/13 | K | | |
| 115. IRA #4 (H) | | | | | | | | | |
| 116. - EATON VANCE GLOBAL MACRO ABSOLUTE RETURN | A | Dividend | K | T | Buy | 06/24/13 | K | | |
| 117. - ISHARES TR LEHMAN AGG BND | C | Dividend | M | T | | | | | |
| 118. - PIMCO ALL ASSET ALL AUTHORITY I | D | Dividend | M | T | Buy | 12/02/13 | M | | |
| 119. - SCHWAB CAP TR S&P INVS SELECT SHARES | B | Dividend | L | T | Sold (part) | 12/02/13 | M | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -BBH FD INC CORE SL RETAIL | A | Dividend | K | T | | | | | |
| 121. - WELLS FARGO ULTRA ST MUNICIPAL INCOME | A | Dividend | | | Sold | 01/02/13 | M | | |
| 122. - JEFFRIES ASSET MGMT CMDTY STRAT ALLC 1 | | None | | | Sold | 11/13/13 | L | A | |
| 123. -VANGUARD TOTAL INL STOCK INDEX INV | A | Dividend | K | T | | | | | |
| 124. - SCHWAB US TREASURY MONEY FUND | | None | L | T | | | | | |
| 125. -HAMLIN HIGH DIVIDEN EQUITY INSTL | C | Dividend | M | T | Buy | 01/02/13 | M | | |
| 126. -BLACKROCK FDS II STRG OPP INSTL | C | Dividend | M | T | Buy | 01/02/13 | M | | |
| 127. TIAA-CREF Annuities | | None | O | T | | | | | |
| 128. ▬▬▬▬ Supplemental Retirement Annuities | | None | M | T | | | | | |
| 129. - TIAA TRADITIONAL MONEY MARKET | A | Dividend | | | Sold | 01/15/13 | K | | |
| 130. CITIBANK ▬▬ CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 131. PRUDENTIAL WHOLE LIFE INSURANCE POLICY | | None | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 06/26/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shelley C. Chapman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544